STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:      (510) 637-3500
Facsimile:      (510) 637-3507

Counsel for Defendant CRUZ MENDOZA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MELVIN CRUZ MENDOZA, <br><br> Defendant. | NO. 07-CR-265 JST; 16-CR-410 JST <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE TO DECEMBER 9, 2016 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Status Date: November 18, 2016 <br> Time: 9:30 a.m. |

The above-captioned matters are set on November 18, 2016, before this Honorable Court for status hearings. The parties jointly request that the Court continue these matters to December 9, 2016, at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through December 9, 2016.

Mr. Cruz Mendoza has been charged in a Probation Form 12 Petition alleging that he violated the terms of his supervision in a 2007 illegal reentry case.  He has also been charged in a one-count indictment alleging illegal reentry, a violation of 8 U.S.C. § 1326.  Mr. Cruz Mendoza was arraigned on the indictment on October 24, 2016.

Counsel for Mr. Cruz Mendoza needs time to review the discovery and to meet with Mr. Cruz Mendoza regarding the Form 12 Petition and the new indictment.  In addition, counsel is investigating issues related to Mr. Cruz Mendoza's competency and the defense has ordered psychological records and has interviewed Mr. Cruz Mendoza's family members about this issue. Counsel needs additional time to process this information and meet with Mr. Cruz Mendoza to determine what recommendations, if any, defense counsel will make to the Court concerning Mr. Cruz Mendoza's competency.   Finally, defense counsel needs time to assess the federal sentencing guidelines and to determine if there are any motions that could be filed on Mr. Cruz Mendoza's behalf.  For these reasons, the defense requests additional time to prepare, and the parties agree that it is appropriate to continue this case until December 9, 2016.  The parties have contacted Malik Ricard, the probation officer assigned to this case, and he is available on the requested date.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties further agree that the failure to  grant this continuance would unreasonably deny counsel for defendant the reasonable time  necessary  for  effective  preparation,  taking  into  account  the  exercise  of  due  diligence. Accordingly,  the  parties  agree  that  in  case  number  16-CR-410 JST  the  period  of  time  through December 9, 2016, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: November 15, 2016

Respectfully submitted,


_____/s/_____         _____/s/_____
ERIN CORNELL                             ANGELA M. HANSEN
Assistant United States Attorney         Assistant Federal Public Defender

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby FINDS:

1.   Given that the defense needs time to review the discovery and to assess this case for motions;

2.   Given that the defense needs time to assess the sentencing guidelines;

3.   Given that the defense needs additional time investigate issues related to Mr. Cruz Mendoza's competency;

4.  Given that these above-listed tasks are necessary for the defense preparation of  the  case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

5.  Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is ORDERED that the status hearing date of November 18, 2016, is vacated and reset for December 9, 2016, at 9:30 a.m.  It is FURTHER ORDERED that time is excluded in case 16-CR-410 JST, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), through December 9, 2016.


  11/16/16                              _____
DATE                                    HONORABLE JON S. TIGAR
                                        United States District Judge