STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507

Counsel for Defendant CRUZ MENDOZA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MELVIN CRUZ MENDOZA, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | NO. 07-CR-265 JST; 16-CR-410 JST <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE TO MAY 26, 2017 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: May 5, 2017 <br> Time: 9:30 a.m. |

The above-captioned matters are set on May 5, 2017 before this Honorable Court for status hearings. The parties jointly request that the Court continue these matters to May 26, 2017, at 9:30 a.m., for status hearings, and that the Court continue to exclude time under the Speedy Trial Act.

Mr. Cruz Mendoza has been charged in a Probation Form 12 Petition alleging that he violated the terms of his supervision in a 2007 illegal reentry case. He has also been charged in a one-count indictment alleging illegal reentry, a violation of 8 U.S.C. § 1326. Mr. Cruz Mendoza was arraigned on the indictment on October 24, 2016.

On January 18, 2017, on the unopposed motion of defense counsel, the Court referred Mr. Cruz Mendoza to the custody of the Attorney General so that a psychologist and/or psychiatrist

-1-

could examine him for competency. The United States Marshal Service transferred Mr. Cruz Mendoza out of district to a medical facility for the competency evaluation, and it has advised the parties that Mr. Cruz Mendoza will not be back in the district in time for the upcoming status hearing. In addition, The Bureau of Prisons ("BOP") has not yet disclosed its competency report to the Court. The parties anticipate that the BOP will disclose its report by the end of the week and that the United States Marshal Service will return Mr. Cruz Mendoza to this district later in the month. After the report is disclosed, the parties will need time to review and to assess the findings in the report. For this reason, the parties request that the Court set these matters for a status hearing.

The parties further stipulate and agree that in case number 16-CR-410 JST the period of time from May 5, 2017 through May 26, 2017 should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), based on the need to determine the mental competency of the defendant.

DATED: May 2, 2017

Respectfully submitted,

_____/s/_____  _____/s/_____
CHRISTINA M. McCALL  ANGELA M. HANSEN
Assistant United States Attorney  Assistant Federal Public Defender

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby vacates the May 5, 2017 status hearing date and resets this matter for a status hearing on May 26, 2017. In addition, the Court finds that time is excluded between May 5, 2017 and May 26, 2017 in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), based on the need to determine the mental competency of the defendant.

DATE: May 3, 2017

_____
HONORABLE JON S. TIGAR
United States District Judge