STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:     (510) 637-3500
Facsimile:     (510) 637-3507

Counsel for Defendant CRUZ MENDOZA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MELVIN CRUZ MENDOZA, <br><br> Defendant. | NO. 07-CR-265 JST; 16-CR-410 JST <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE TO APRIL 20, 2018 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: March 9, 2018 <br> Time: 9:30 a.m. |

The above-captioned matters are set on March 9, 2018 before this Honorable Court for sentencing. The parties jointly request that the Court continue these matters to April 20, 2018, at 9:30 a.m., for sentencing. The reason for this continuance is set forth below.

Mr. Cruz Mendoza pleaded guilty to illegal reentry after deportation. He does not have a plea agreement with the government. The defense needs additional time to provide mental health information to the probation office for the pre-sentence investigation. In addition, defense counsel is starting a lengthy trial on February 5, 2018, in *United States v. James Lucero*, 16-CR-107 HSG. The case is currently set to last two weeks but will likely go longer. There are over 1000 exhibits and the government has noticed 60 witnesses, which includes more than a dozen experts. Defense

counsel is busy preparing for this upcoming trial and thus needs additional time to prepare documentation and materials for the presentence investigation. The parties have contacted Brian Casai who is the probation officer assigned to this case. Mr. Casai is available on the requested date and has no objection to this continuance. There are no Speedy Trial issues to consider, since Mr. Cruz Mendoza has already entered his guilty plea.

Dated: January 31, 2018

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| CHRISTINA M. McCALL | ANGELA M. HANSEN |
| Assistant United States Attorney | Assistant Federal Public Defender |

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the sentencing hearing date of March 9, 2018 is vacated and reset for April 20, 2018, at 9:30 a.m.

February 1, 2018
_____          _____
DATE                                                    HON. JON S. TIGAR
                                                              United States District Judge